Honorable Marsha J. Pechman

04-CV-01940-ORD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

JOHN GIBSON, a married man, on behalf of himself and his marital community,

  Plaintiff,

v.

KING COUNTY, et al.,

  Defendants.

NO. C04-1940 MJP

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISQUALIFY COUNSEL

This matter having come before the court upon the motion of defendants along with the declarations, and the court having considered the motion, the declarations of Susan N. Slonecker and Leslie Eaton in support thereof, plaintiff's response and the declarations filed therewith of Leland G. Ripley, plaintiff and Jon Howard Rosen, defendants' reply with supporting declarations, if any, and the pleadings and files herein, and it appearing that defendants will not be prejudiced by the representation of plaintiff by his present counsel, that plaintiff's counsel's former representation of defendant Eaton is not substantially related to the current litigation, and that the passage of time of more than fifteen years since counsel last represented Mr. Eaton is a further factor militating against disqualification; now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that defendants' motion be and

PLAINTIFF'S MEMORANDUM IN OPPOSITION - 1
[Case No. C04-1940 MJP]
C:\RosenLaw\Gibson, John\order.wpd

THE ROSEN LAW FIRM
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, WA 98104-1798
(206) 652-1466

1  hereby is denied.

2  Dated this __6__ day of June, 2005.

*[signature]*

Honorable Marsha J. Pechman
King County Superior Court Judge

Presented by:

THE ROSEN LAW FIRM

By: *[signature]*

Jon Howard Rosen, WSBA #7543
Attorney for Plaintiff John Gibson

PLAINTIFF'S MEMORANDUM IN OPPOSITION - 2
[Case No. C04-1940 MJP]
C:\RosenLaw\Gibson. Jonn\order.wpd

THE ROSEN LAW FIRM
Suite 1200 Hoge Building 705 Second Avenue
Seattle, WA 98104-1798
(206) 652-1464